UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LOCAL UNION NO. 1964, INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION, AFL-CIO
and LOCAL 1964, ILA, HEALTH AND
INSURANCE FUND,

            Plaintiffs,

Civil Action No. 04-CV-4758 (ARR)

vs.

CONFIDENCE MANAGEMENT SYSTEMS, INC.,

            Defendant.

-----------------------------------------------------------X

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby stipulated and agreed by and among the parties to the above-captioned action that the matter should be dismissed without prejudice. The parties further agree that the Court should retain jurisdiction to vacate this Order and to re-open the action for entry of judgment upon cause shown that the defendant defaulted on the settlement agreement.

Dated: New York, New York
      8/29/05, 2005

GLEASON & MATHEWS, P.C.

By: _____
John P. Sheridan [JS-9127]
26 Broadway, 17th Floor
New York, New York 10004
(212) 425-3240
jsheridan@gm10004.com

*Attorneys for Plaintiff*

EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven M. Lapino [SL-0370]
250 Park Avenue
New York, New York 10177
(212) 351-4658

*Attorneys for Defendant*

**So Ordered**

_____
Honorable Allyne R. Ross
U.S.D.J.

Date: 8/29/05